Attorney: Michael Anthony Hernandez

1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>RENE LUIS SILVA,<br><br>                              Defendant. | Case No.: <u>20CR0612-LAB</u><br><br>I N F O R M A T I O N<br>**(Superseding)**<br><br>Title 21, U.S.C., Secs. 952<br>and 960 – Importation of<br>Methamphetamine and Fentanyl<br>(Felony) |

8

9

10

11

12

13

14      The United States Attorney charges:

15                              <u>Count 1</u>

16      On or about January 25, 2020, within the Southern District of

17 California, defendant RENE LUIS SILVA, did knowingly and intentionally

18 import 50 grams and more, to wit:  approximately 13.12 kilograms (28.92

19 pounds) of a mixture and substance containing a detectable amount of

20 Methamphetamine, a Schedule II Controlled Substance, into the United

21 States from a place outside thereof; in violation of Title 21, United

22 States Code, Sections 952 and 960.

23 //

24 //

25 //

26 //

27 //

28

KASA:tld:7/15/2020

1                                    Count 2

2        On or about January 25, 2020, within the Southern District of

3  California, defendant RENE LUIS SILVA, did knowingly and intentionally

4  import 40 grams and more, to wit:   approximately 261.3 grams

5  (0.576 pounds) of a mixture and substance containing a detectable

6  amount of N-phenyl-N-[1-(2-phenylethyl) -4-piperidinyl] propanamide

7  (Fentanyl), a Schedule II Controlled Substance, into the United States

8  from a place outside thereof; in violation of Title 21, United States

9  Code, Sections 952 and 960.

10       DATED:   07/28/2020       .

11                                    ROBERT S. BREWER, JR.
                                      United States Attorney
12

13

14                                    KAREEM A. SALEM
                                      Assistant U.S. Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2